JS6

PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:   (213) 402-1245
Facsimile:   (213) 402-1246

Attorney for Defendant
USAA GENERAL INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROSHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a Texas corporation,<br><br>Defendant. | Case No. 2:25-cv-11449-AGR<br><br>Los Angeles County Superior Court, Case No. 25VECV06164<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO REMAND**<br><br>Complaint filed: Oct. 27, 2025<br>Stipulated Response date: Jan. 9, 2026 |

   Pursuant to the Stipulation and Joint Motion to Remand of Plaintiff Shawn Roshan ("Plaintiff") and Defendant USAA General Indemnity Company ("USAA GIC"), **IT IS HEREBY ORDERED**:

   1.   This action is remanded to the Superior Court of the State of California, County of Los Angeles, Case No. 25VECV06164, with no award of costs or attorneys' fees to either party.

/ / /

/ / /

     2.    The Clerk will mail a certified copy of this Order to the Clerk of the Los Angeles County Superior Court, remand the case forthwith, and close this file.

**IT IS SO ORDERED.**

Dated:  December 17, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge